NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CV-01599 |
| Plaintiff, | COMPLAINT FOR FORFEITURE |
| v. | 18 U.S.C. §§ 981(a)(1)(C) and 984 |
| $1,603,858.00 IN U.S. CURRENCY AND $1,261,399.76 IN BANK FUNDS, | [USPIS] |
| Defendants. | |

    Plaintiff United States of America brings this claim against defendants $1,603,858.00 In U.S. Currency and $1,261,399.76 In Bank Funds (collectively, the "defendants"), and alleges as follows:

### JURISDICTION AND VENUE

    1.   The government brings this *in rem* forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendants in this action were seized on or about March 13, 2019 during the execution of federal search and seizure warrants and consist of the following:

    i. $1,603,858.00 in U.S. Currency, which is comprised of (a) $1,333,369.00 seized at the Buena Park, California residence of Saul Lamas (also known as Saul Lamas Sandoval) and Martha Valdez; (b) $262,448.00 seized at a facility used by Ropa Moda Lamas, Inc. located at 14534 Garfield Avenue in Paramount, California; and (c) $8,041.00 seized at the Bellflower, California residence of Abel Huerta and Marianita Gonzalez; and

    ii. $1,261,399.76 In Bank Funds (the "defendant bank funds") which is comprised of:

        (a) the following funds seized at JP Morgan Chase Bank, 860 East Colorado Boulevard in Pasadena, California from the following bank accounts at JP Morgan Chase Bank: (1) $190,184.87 from an account in the name of Saul Lamas or Martha Valdez with the last four digits ending in 0990; (2) $115,162.00 from an account in the name of Ropa Moda Lamas, Inc. with the last four digits ending in 3710; (3) $105,468.97 from an account in the name of Ropa Moda Lamas, Inc. with the

last four digits ending in 7610; (4) $94,034.00 from an account in the name of Ropa Moda Lamas, Inc. dba Lamasini with the last four digits ending in 1100; (5) $49,477.62 from an account in the name of Ropa Moda Lamas, Inc. with the last four digits ending in 0060; (6) $40,247.90 from an account in the name of Ropa Moda Lamas, Inc. dba Montero with the last four digits ending in 8560; (7) $13,741.45 from an account in the name of A & S Diva Fashion, Inc. with the last four digits ending in 2309; (8) $9,819.44 from an account in the name of Ferreti Minerva, Inc. with the last four digits ending in 5928; (9) $8,661.49 from an account in the name of Martha Valdez and Saul Lamas with the last four digits ending in 5510; (10) $8,208.07 from an account in the name of Ropa Moda Lamas, Inc. dba Lamasini with the last four digits ending in 8700; (11) $7,021.26 from an account in the name of Ferreti Minerva, Inc. with the last four digits ending in 1293; and (12) $5,419.55 from an account in the name of A & S Diva Fashion, Inc. with the last four digits ending in 3850; and

        (b) the following funds seized at U.S. Bank, 2270 Pacific Coast Highway in Lomita, California from the bank accounts set forth below in the name of Saul L. Sandoval and Martha Valdez at U.S. Bank: (1) $212,312.48 from an account with the last four digits ending in 2514; (2) $200,820.33 from an account with the last four digits ending in 2456; and (3) $200,820.33 from an account with the last four digits ending in 2498.

    6.    The defendants are currently, or will be shortly after the filing of this Complaint, in the custody of the United

States Marshals Service in this District, where they will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Saul Lamas (also known as Saul Lamas Sandoval), Martha Valdez, Abel Huerta, Marianita Gonzalez, Jose Huerta, Ropa Moda Lamas, Inc., Ropa Moda Lamas, Inc. dba Lamasini and dba Montero, A & S Diva Fashion, Inc. and Ferreti Minerva, Inc. may be adversely affected by these proceedings.

## BASIS FOR FORFEITURE

8. Law enforcement officers have been involved in an investigation pertaining to a conspiracy to commit mail fraud and bribery scheme involving Lamas. As a result of the investigation, officers learned that the scheme began in 2012 and continued through at least December 13, 2018 and that Lamas would carry out the scheme in the following manner.

9. Lamas would submit for mailing to the United States Post Office catalogs for his clothing companies, along with bulk-mailing forms that undercounted the catalogs and falsely indicated that their destinations were closer than, in fact, they were. In addition, Lamas would bribe the bulk mailing technician responsible for vetting these mailings to approve them. For example, on or about October 3, 2016 and February 28, 2017, Lamas provided less than $10,000.00 in cash in exchange for an employee of the United States Postal Service certifying that a mailing form that undercounted the catalogs being mailed from Ropa Moda Lamas was accurate. As a result of the conspiracy, Lamas underpaid his postage by at least $4.1 million.

1       10.  As set forth above, the government seized the
2  defendants during the execution of federal search and seizure
3  warrants on or about March 13, 2019.  The government alleges
4  that the defendants constitute proceeds of the conspiracy to
5  commit mail fraud and bribery.  In the administrative forfeiture
6  proceedings that typically precede the filing of judicial
7  forfeiture actions, Lamas, Martha Valdez, Abel Huerta, Marianita
8  Gonzalez, Jose Huerta, Ropa Moda Lamas, Inc. and Ferreti
9  Minerva, Inc. submitted claims to one or more of the defendants.
10 As a result of those submissions, the government has filed this
11 judicial forfeiture action in order to forfeit the defendants.
12      11.  According to filings with the California Secretary of
13 State, Lamas is the President and Chief Executive Officer of
14 Ropa Moda Lamas, Inc., Jose Huerta is the President and Chief
15 Executive Officer of Ferreti Minerva, Inc. and Abel Huerta is
16 the President and Chief Executive Officer of A & S Diva Fashion,
17 Inc. while Lamas is the Chief Financial Officer and a director
18 of that company.  In addition, public records reflect that Lamas
19 uses the fictitious business name Lamasini, among others.
20      12.  Based on the above, plaintiff United States of America
21 alleges that the defendants constitute or are derived from
22 proceeds traceable to, or a conspiracy to commit violations of
23 18 U.S.C. §§ 201 and/or 1341, each of which is a specified
24 unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and
25 1961(1)(B).  The defendants are therefore subject to forfeiture
26 pursuant to 18 U.S.C. § 981(a)(1)(C).  In addition, to the
27 extent that the defendant bank funds are not the actual monies
28 directly traceable to the illegal activity identified herein,

plaintiff alleges that the defendant bank funds are identical property found in the same account as the property involved in the specified offense, rendering the defendant bank funds subject to forfeiture pursuant to 18 U.S.C. § 984.

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendants;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendants to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: February 19, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

VICTOR A. RODGERS
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## VERIFICATION

I, Kelly Shen, hereby declare that:

1. I am a Postal Inspector with the United States Postal Inspection Service.

2. I have read the above Complaint for Forfeiture and know the contents thereof.

3. The information contained in the Complaint is either known to me personally, was furnished to me by official government sources, or was obtained pursuant to subpoena. I am informed and believe that the allegations set out in the Complaint are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 13, 2020 at Los Angeles, California.

_/s/ Kelly Shen_
Kelly Shen