# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cv-01599-CJC(PLAx) |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| $1,603,858.00 IN U.S. CURRENCY AND $1,261,399.76 IN BANK FUNDS, | |
| Defendants. | |

Pursuant to the stipulation and request of Plaintiff United States of America, on the one hand, and Saul Lamas (also known as Saul Lamas Sandoval), Martha Valdez, Abel Huerta, Marianita Gonzalez, Jose Huerta, Ropa Moda Lamas, Inc., Ropa Moda Lamas, Inc. dba Lamasini and dba Montero, A & S Diva Fashion, Inc. and Ferreti Minerva, Inc. (collectively, "the Potentially Interested Parties"), on the other hand, the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

Plaintiff United States of America ("the United States of America") has filed a Complaint for Forfeiture alleging that the defendants $1,603,858.00 In U.S. Currency and $1,261,399.76 In Bank Funds (collectively, the "defendants") are subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

The Potentially Interested Parties have not filed a claim to the defendants, but would have filed a claim to one or more of the defendants if a settlement had not been reached in this matter as reflected in this Consent Judgment of Forfeiture.

No other parties have filed a claim to the defendants or an answer to the Complaint for Forfeiture and the time for filing claims and answers has expired.

The government and the Potentially Interested Parties have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture, without the Potentially Interested Parties admitting or denying the allegations of the Complaint for Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any

person other than the Potentially Interested Parties.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.  The Potentially Interested Parties are relieved of the obligation of filing a claim to the defendants and an answer to the Complaint for Forfeiture.

4.   The United States of America shall have judgment as to the interests of the Potentially Interested Parties and all other potential claimants to the defendants, which are hereby condemned and forfeited to the United States of America.  The United States of America shall dispose of the defendants in accordance with law.

5.   The Potentially Interested Parties, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the United States Postal Service and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which the Potentially Interested Parties, and each of them, hereby withdraw), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of the Potentially Interested Parties, or any of them, whether pursuant to statute or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings.

7. The parties hereto shall bear their own attorney fees and costs.

8. The United States of America and the Potentially Interested Parties (and each of them) consent to this judgment and waive any right to appeal.

Dated: May 22, 2020

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE